# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

JAMES DANIEL DUNCAN           §
    #25030294                §
                       §      CIVIL ACTION NO. 3:25-CV-2599-S-BK
v.                            §
                       §
MONICA ANN ANDERSON           §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

    **SO ORDERED.**

    SIGNED October 28, 2025.

                                      **UNITED STATES DISTRICT JUDGE**